435 A.2d 239

Commonwealth v. Strohl, Appellant.

Submitted June 29, 1979. Terance L. Faul, for appellant;  John E. Gallagher, District Attorney, did not submit a brief on behalf of the Commonwealth, appellee.

608

Before PRICE, GATES and DOWLING, JJ.*
Order affirmed.